AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| KELLER NORTH AMERICA, INC.<br><br>*Plaintiff(s)*<br>v.<br>RICARDO PICAYO<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-24133 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ricardo Picayo
8940 SW 156 Street
Miami, Florida 33157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Lindsay Massillon, Esq., Benton Wood, Esq. and Laura Bailey Brown, Esq.
Fisher Phillips, LLP
201 E. Las Olas Blvd.
Suite 1700
Fort Lauderdale, FL 33301
(954) 525-4800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
*Signature of Clerk or Deputy Clerk*