**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| **KELLER NORTH AMERICA, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 1:24-cv-24133-RAR |
| ) | |
| **RICARDO PICAYO, et al.,** ) | (Consolidated with case numbers |
| ) | 1:24-cv-24134, 1:24-cv-24404, |
| **Defendants.** ) | 1:24-cv-61995, 1:24-cv-61996) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Keller North America, Inc. ("Keller" or "Plaintiff") and Defendants, Ricardo Picayo, Nicholas Feldt, Elison Garcia, Andres Baquerizo, and Frank Fonseca (collectively, "Defendants") (together with Plaintiff, the "Parties") by and through their undersigned counsel, hereby submit this Joint Stipulation of Dismissal with Prejudice. The Parties agree that all claims made by Plaintiff against each of the Defendants and this entire consolidated case be hereby dismissed with prejudice, that all pending motions be denied as moot, and that each party is to bear its own attorney's fees and costs, except as otherwise agreed upon.

Dated: November 11, 2025                              Respectfully submitted,

| By: */s/ Lindsay M. Massillon* | By: */s Elizabeth E. Berg* |
|---|---|
| Lindsay M. Massillon | Michelle G. Bernstein |
| Fla. Bar No. 92098 | Fla. Bar No. 1030736 |
| FISHER PHILLIPS LLP | POLSINELLI PC |
| 201 East Las Olas Blvd., Suite 1700 | 315 S. Biscayne Blvd., Suite 400 |
| Fort Lauderdale, FL 33301 | Miami, FL 33131 |
| Telephone: (954) 525-4800 | Telephone: (305) 921-1800 |
| Facsimile: (954) 525-8739 | Facsimile: (305) 921-1801 |
| lmassillon@fisherphillips.com | mbernstein@polsinelli.com |
|  | fldocketing@polsinelli.com |
| Benton N. Wood, B.C.S. | cmoreno@polsinelli.com |
| Fla. Bar No. 957275 | jaguerrebere@polsinelli.com |
| 200 S. Orange Avenue, Suite 1100 |  |
| Orlando, FL 32801 |  |
| Telephone: (407) 541-0851 | Elizabeth E. Berg (*pro hac vice*) |
| Facsimile: (407) 541-0887 | 900 W. 48th Place, Suite 900 |
| bwood@fisherphillips.com | Kansas City, MO 64112 |
|  | Telephone: (816) 753-1000 |
| *Attorneys for Plaintiff* | eberg@polsinelli.com |
|  | spitts@polsinelli.com |
|  |  |
|  | *Attorneys for Defendants* |